Chambers of
**STEPHEN V. WILSON**
United States District Judge

Telephone
(213) 894-4327

August 16, 2009

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

RE: Financial Disclosure Report - 2008
Response to letter dated July 20, 2009

Dear Judge Baldock:

Enclosed is Judge Stephen V. Wilson's **Amended** Financial Disclosure Report for the year 2008.

The Report has been corrected and the changes are listed on Page 17 under the heading "August 16, 2009 – AMENDED."

Sincerely,



Yvonne Q. Gonzalez
Secretary to Judge Stephen V. Wilson

Enclosure (Original and 3 copies)

**Wilson, Stephen V**

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Wilson, Stephen V. | 2. Court or Organization  U.S. District Court | 3. Date of Report  08/16/2009  **Amended** |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008  to  12/31/2008 |
| 7. Chambers or Office Address  U.S. District Court  312 N. Spring Street, Room 217J  Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. North Fork Bank | mortgage - real estate (Capri) | P2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Dividend | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Dividend | M | W | | | | | |
| 3. Sandpiper LTD - | D | Dividend | M | W | | | | | *see explanation |
| 4. Capital - Partner | C | Dividend | M | W | | | | | |
| 5. Capri - NY | G | Rent | P2 | W | | | | | |
| 6. Malibu (NY) | E | Rent | P2 | W | Sold (part) | 5/12 | N | G | Luo |
| 7. " " | E | Rent | | | Sold (part) | 9/10 | M | G | Carmona |
| 8. BONDS: | | | | | | | | | |
| 9. State of Israel Bond | | None | | | Redeemed | 2/08 | J | C | |
| 10. State of Israel Bond | | None | | | Redeemed | 2/08 | J | C | |
| 11. State of Israel Bond | | None | | | Redeemed | 2/08 | J | C | |
| 12. State of Israel Bank | | None | | | Redeemed | 2/08 | J | D | |
| 13. State of Israel Bond | B | Interest | K | | | | | | |
| 14. BROKERAGE ACCT #1 | | | | | | | | | |
| 15. Highmark Div. MM | | None | M | T | | | | | |
| 16. CA State Wtr Dev | | None | M | T | | | | | |
| 17. Fed Home Loan Bk Cons | | None | | | Redeemed | 3/5 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CA St GO | | None | M | T | Buy | 3/13 | M | | |
| 19. Fed Hm Ln Banks | | None | N | T | Buy | 4/25 | N | | |
| 20. " " " " | | None | | | Redeemed | 12/5 | N | | |
| 21. LA CA Uni Scl Dist | | None | M | T | Buy | 8/11 | M | | |
| 22. CA ST Rans | | None | O | T | Buy | 12/11 | O | | |
| 23. BROKERAGE ACCT #2 | | | | | | | | | |
| 24. MM Funds | | None | L | T | | | | | |
| 25. CA Hlth Fac | | None | | | Redeemed | 5/27 | N | | |
| 26. Fed Hm Ln Bk | | None | | | Redeemed | 1/29 | N | | |
| 27. Fed Natl Mtg. Assoc | | None | M | T | | | | | |
| 28. FHLMC | | None | N | T | Buy | 3/20 | N | | |
| 29. FHL Mtg Corp | | None | N | T | Buy | 7/10 | N | | |
| 30. BROKERAGE ACCT #3 | | | | | | | | | |
| 31. IRA - Charter Prime MM Fund | | None | M | T | | | | | |
| 32. FHLB | | None | P1 | T | Buy | 2/15 | P1 | | |
| 33. CNI Gov't MM | | None | K | T | Open | 1/31 | K | | |
| 34. Priv Bk & TC Chicago-CD | | None | | | Redeemed | 4/25 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fed Nat Mort Assg | | None | P1 | | | | | | |
| 36. " " " " | | None | | | Redeemed | 3/15 | P1 | | |
| 37. Countrywide Bk CD | | None | L | T | Buy | 3/12 | L | | |
| 38. " " " | | None | | | Redeemed | 9/15 | L | | |
| 39. United Bk CD | | None | L | T | Buy | 3/19 | L | | |
| 40. " " " | | None | | | Redeemed | 6/19 | L | | |
| 41. New Century Bk CD | | None | L | T | Buy | 3/28 | L | | |
| 42. " " " " " | | None | | | Redeemed | 9/29 | L | | |
| 43. Founders Bk CD | | None | L | T | Buy | 4/16 | L | | |
| 44. " " | | None | | | Redeemed | 10/16 | L | | |
| 45. Midfirst Bk CD | | None | L | T | Buy | 4/16 | L | | |
| 46. " " " | | None | | | Redeemed | 9/16 | L | | |
| 47. Northside Cmnty Bk CD | | None | L | T | Buy | 4/30 | L | | |
| 48. " " " " | | None | | | Redeemed | 10/30 | L | | |
| 49. Midwest Bk & Tr CD | | None | L | T | Buy | 5/09 | L | | |
| 50. " " " | | None | | | Redeemed | 11/10 | L | | |
| 51. Voyager Bk Minn CD | | None | L | T | Buy | 5/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. " " " " | | None | | | Redeemed | 11/10 | L | | |
| 53. First Merchants Bk CD | | None | L | T | Buy | 5/7 | L | | |
| 54. " " " " | | None | | | Redeemed | 11/7 | L | | |
| 55. American Char Bk CD | | None | L | T | Buy | 5/21 | L | | |
| 56. " " " " | | None | | | Redeemed | 11/21 | L | | |
| 57. Standard Bk & Tr | | None | L | | Buy | 6/20 | L | | |
| 58. " " " | | None | | | Redeemed | 12/22 | L | | |
| 59. Lehman Bros CD | | None | L | T | Buy | 8/1 | L | | |
| 60. Wash Tr Bk CD | | None | L | T | Buy | 8/20 | L | | |
| 61. Bankers Tr CD | | None | L | T | Buy | 8/29 | L | | |
| 62. Goldman Sachs CD | | None | M | T | Buy | 11/5 | M | | |
| 63. NCB Svgs Bk CD | | None | M | T | Buy | 11/5 | M | | |
| 64. First Merchants Bk CD | | None | M | T | Buy | 12/19 | M | | |
| 65. Bank Amer NA CD | | None | M | T | Buy | 12/18 | M | | |
| 66. Midwest Bk & Tr CD | | None | M | T | Buy | 12/30 | M | | |
| 67. Branch Bkg & Tr CD | | None | K | T | Buy | 12/19 | K | | |
| 68. BROKERAGE ACCT #4 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. US Tsy Note | | None | | | Redeemed | 1/31 | L | | |
| 70. US Tsy Note | | None | | | Redeemed | 2/15 | L | | |
| 71. US T Bill | | None | | | Redeemed | 2/7 | N | | |
| 72. Fed Hm Ln Bk | | None | | | Redeemed | 3/6 | L | | |
| 73. Washington Mut Bk NV | | None | | | Redeemed | 3/31 | L | | |
| 74. Discover Bk De US | | None | | | Redeemed | 9/30 | L | | |
| 75. Gateway Bk & TR Co | | None | | | Redeemed | 9/29 | L | | |
| 76. US T Note | | None | | | Redeemed | 2/15 | L | | * see explanation |
| 77. US T Note | | None | | | Redeemed | 1/31 | L | | *see explanation |
| 78. CA ST RFDG | | None | L | T | Buy | 3/3 | L | | |
| 79. CA ST Var Purp | | None | L | T | Buy | 3/3 | L | | |
| 80. CA ST RFDG | | None | L | T | Buy | 3/3 | L | | |
| 81. CA ST Var Purp | | None | M | T | Buy | 3/25 | M | | |
| 82. FHLB | | None | M | T | Buy | 8/12 | M | | |
| 83. FHLMC | | None | M | T | Buy | 9/18 | M | | |
| 84. CA ST | | None | L | T | Buy | 10/23 | L | | |
| 85. CA ST | | None | L | T | Buy | 12/22 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCT #5 | | | | | | | | | |
| 87. CA ST GO | | None | N | T | | | | | |
| 88. US T Bill | | None | | | Redeemed | 1/17 | N | | |
| 89. BS Fed Fund | | None | K | T | | | | | |
| 90. State of CA | | None | M | T | Buy | 3/13 | M | | |
| 91. Puerto Rico Comwlth | | None | L | T | Buy | 3/31 | L | | |
| 92. Fed Hm Loan Bk | | None | M | T | Buy | 7/23 | M | | |
| 93. GE Money Bk CD | | None | L | T | Buy | 12/18 | L | | |
| 94. BROKERAGE ACCT #6 | | | | | | | | | |
| 95. T Bill | | None | | | Redeemed | 1/31 | N | | *see explanation |
| 96. T. Bill | | None | | | Redeemed | 3/6 | N | | |
| 97. BROKERAGE ACCT #7 | | | | | | | | | |
| 98. Centennial CA - name changed to AGE Bk Sept.08 | | None | J | T | | | | | |
| 99. CA ST | | None | K | T | | | | | |
| 100. " " | | None | | | Redeemed | 3/3 | K | | |
| 101. Fed Farm Credit Bk | | None | L | T | | | | | |
| 102. " " " " | | None | | | Redeemed | 1/15 | L | | *see explanation |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CA ST | | None | K | T | | | | | |
| 104. CA ST GO | | None | | | Redeemed | 2/1 | K - | | |
| 105. FHLB | | None | | | Redeemed | 3/12 | M | | |
| 106. Fresno CA | | None | K | T | | | | | |
| 107. Orange Co CA | | None | | | Redeemed | 9/2 | L | | |
| 108. San Diego Cnty | | None | | | Redeemed | 5/1 | L | | |
| 109. CA ST RFDG | | None | L | T | | | | | |
| 110. CA ST Dept Wtr | | None | L | T | Buy | 3/4 | L | | |
| 111. CA ST Var Purp | | None | M | T | Buy | 3/5 | M | | |
| 112. CA ST Var Purp | | None | M | T | Buy | 3/5 | M | | |
| 113. CA ST FGIC | | None | L | T | Buy | 4/4 | L | | |
| 114. Oakland CA Ser | | None | K | T | Buy | 4/14 | K | | |
| 115. CA ST | | None | K | T | Buy | 4/15 | K | | |
| 116. Pasadena CA USD | | None | K | T | Buy | 4/16 | K | | |
| 117. CA State | | None | M | T | Buy | 4/24 | M | | |
| 118. Central CA JT | | None | K | T | Buy | 5/27 | K | | |
| 119. Fedl Hm Ln Bk | | None | K | T | Buy | 5/27 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. US Treas | | None | K | T | Buy | 5/27 | K | | |
| 121. Fed Farm Credit Bk | | None | | | Redeemed | 2/15 | K | | *see explanation |
| 122. CA ST Pub Wks | | None | | | Redeemed | 3/3 | K | | *see explanation |
| 123. CA ST | | None | L | T | Buy | 11/13 | L | | |
| 124. CA ST Var Purp | | None | K | T | Buy | 12/16 | K | | |
| 125. Fremont CA CTF | | None | K | T | Buy | 5/27 | K | | |
| 126. CA ST Dept Water | | None | L | T | Buy | 2/28 | L | | |
| 127. CA ST RFDG | | None | K | T | Buy | 7/21 | K | | |
| 128. University CA RVS | | None | L | T | Buy | 9/22 | L | | |
| 129. Las Virgenes CA Uni Schl | | None | K | T | Buy | 9/22 | K | | |
| 130. CA ST | | None | K | T | Buy | 9/24 | K | | |
| 131. CA ST | | None | K | T | Buy | 10/6 | K | | |
| 132. LA CA Dept Water | | None | K | T | Buy | 10/14 | K | | |
| 133. CA ST | | None | M | T | Buy | 10/29 | M | | |
| 134. BROKERAGE ACCT #8 | | | | | | | | | |
| 135. Citibank Bk Dep Program | | None | K | T | | | | | |
| 136. Fed Hm Ln Mtg Corp | | None | | | Redeemed | 12/19 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fed Hm Ln Bank Cons | | None | | | Redeemed | 3/30 | M | | |
| 138. FHL Mtg Corp | | None | | | Redeemed | 1/25 | L | | |
| 139. Fed Natl Mtg Assn Debs | | None | M | T | | | | | |
| 140. Vernon Natl Gas Fin | | None | | | Redeemed | 3/4 | M | | |
| 141. CA Hlth Fac Fin | | None | | | Redeemed | 3/20 | M | | |
| 142. US T Bill | | None | | | Redeemed | 1/3 | M | | |
| 143. Statewide CDA RV | | None | M | T | Buy | 1/14 | M | | |
| 144. " " " | | None | | | Redeemed | 9/12 | M | | |
| 145. Central Basin MWD CA | | None | M | T | Buy | 1/14 | M | | |
| 146. " " " " | | None | | | Redeemed | 5/21 | M | | |
| 147. Fed Hm Ln Bank Cons | | None | L | T | Buy | 1/29 | L | | |
| 148. " " " " " | | None | | | Redeemed | 12/29 | L | | |
| 149. CA ST | | None | L | T | Buy | 3/6 | L | | |
| 150. CA ST Var Purp | | None | K | T | Buy | 3/5 | K | | |
| 151. CA CT Var Purp | | None | K | T | Buy | 3/13 | K | | |
| 152. CA ST Var Purp | | None | L | T | Buy | 3/13 | L | | |
| 153. CA ST | | None | M | T | Buy | 4/11 | M | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CA ST Var Purp | | None | N | T | Buy (add'l) | 3/20 | N | | |
| 155. CA ST | | None | M | T | Buy | 5/29 | M | | |
| 156. US Treas Bills | | None | M | T | Buy | 9/22 | M | | |
| 157. " " " | | None | | | Redeemed | 12/26 | M | | |
| 158. BROKERAGE ACCT #9 | | | | | | | | | |
| 159. ML Short Term Global Income Black Rock IRRA | | None | L | T | | | | | |
| 160. NY ST Pwr Auth Rev Gen Purp R | | None | K | T | | | | | |
| 161. Mutual Fund - Muni Inv Trust | | None | J | T | | | | | |
| 162. NY ST Dorm Auth | | None | | | Redeemed | 7/1 | J | | |
| 163. Mutual Fund - NUV NY Select | | None | M | T | | | | | |
| 164. CA ST | | None | | | Redeemed | 2/1 | K | | |
| 165. CA ST | | None | J | T | | | | | |
| 166. CA ST | | None | L | T | | | | | |
| 167. CA ST | | None | L | T | | | | | |
| 168. CA ST | | None | K | T | | | | | |
| 169. Fed Hm Loan Bk | | None | | | Redeemed | 8/14 | M | | |
| 170. LA CA | | None | K | T | Buy | 8/4 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. CA ST | | None | K | T | Buy | 10/21 | K | | |
| 172. Blrk Muni Hold Ins Fnd CA | | None | | | Redeemed | 6/26 | N | | |
| 173. ML Bank USA RASP CMA Fund | | None | N | T | | | | | |
| 174. BROKERAGE ACCT #10 | | | | | | | | | |
| 175. CW Genl Govt Mny Mkt CIB | | None | N | T | | | | | |
| 176. CA ST GO | | None | | | Redeemed | 9/2 | M | | |
| 177. CA ST | | None | | | Redeemed | 9/2 | M | | |
| 178. CA ST GO | | None | L | T | | | | | |
| 179. CA ST | | None | | | Redeemed | 10/1 | L | | |
| 180. CA ST | | None | K | T | | | | | |
| 181. CA ST Var Purp | | None | | | Redeemed | 12/1 | M | | |
| 182. CA ST Economic | | None | N | T | Buy | 9/8 | N | | |
| 183. BROKERAGE ACCT #11 | | | | | | | | | |
| 184. MM Funds - RBC | | None | K | T | | | | | |
| 185. E Trade CD | | None | L | T | Buy | 1/9 | L | | |
| 186. GMAC BK CD | | None | L | T | Buy | 1/9 | L | | |
| 187. Park Sterling Bk CD | | None | L | T | Buy | 1/9 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Sterlings Savgs Bk CD | | None | L | T | Buy | 1/9 | L | | |
| 189. Wash Mutual Bk CD | | None | L | T | Buy | 1/9 | L | | |
| 190. Northpoint Bk CD | | None | L | T | Buy | 1/16 | L | | |
| 191. Cap One Bk CD | | None | L | T | Buy | 1/16 | L | | |
| 192. State of CA GO | | None | L | T | Buy | 3/6 | L | | |
| 193. State of CA GO | | None | L | T | Buy | 3/6 | L | | |
| 194. State of CA GO | | None | L | T | Buy | 3/6 | L | | |
| 195. CA ST GO | | None | K | T | Buy | 3/3 | K | | |
| 196. BROKERAGE ACCT #12 | | | | | | | | | |
| 197. Pennsylvania ST | | None | N | T | | | | | |
| 198. ITT Corp | | None | K | T | | | | | |
| 199. Genl Mtrs | | None | K | T | | | | | |
| 200. FT Enhance Eqty | | None | J | T | Buy | 1/8 | J | | |
| 201. FNMA MTN Bond | | None | K | T | Buy | 10/15 | K | | |
| 202. TVA Electrnts | | None | K | T | Buy | 8/6 | K | | |
| 203. BROKERAGE ACCT #13 | | | | | | | | | |
| 204. Wachovia MM Fund - Inv Cash Tr Treasury | | None | N | T | Open | 3/8 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. " | | None | M | T | | | | | |
| 206. CA ST RFDG | | None | L | T | Buy | 6/25 | L | | |
| 207. US Treas Nts | | None | M | T | Buy | 5/21 | M | | |
| 208. CA ST | | None | L | T | Buy | 6/25 | L | | |
| 209. Top Ships Inc | | None | K | T | Buy | 7/7 | K | | |
| 210. Fed Natl Assn | | None | N | T | Buy | 9/17 | N | | |
| 211. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 08/16/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 3:   Was 6222 Investments - changed - Sandpiper LTD

Line 76:   US T Note:   This was purchased 2/15/1998 -- should have been on prior reports

Line 77:   US T Note:   This was purchased on 1/31/06 -- should have been on prior reports

Line 95:   T Bill:  This was purchased 8/2/07 and should have been listed on last year's report.

Line 102:  Fed Farm - this was purchased  in 2006 and should have been listed on the 2007 report

Line 121:  Fed Farm:  This was purchased in 2005 and should have been listed on 2006 and 2007 report

Line 122:  CA ST:    This should have been listed in the prior report


On 2007 Report dated 10/20/08:

Line 72 --- US T Bill   This was listed twice on 2007 Report.   I have deleted it from this year's report (2008)


August 16, 2009 -- AMENDED

Page 5 -  Line 31, Column C(2) -- added "T"

Page 9 -  Line 93,  Column C(2) -- added "T"

Page 11 - Line 135:  amended -- was opened January 2001 - should have been on prior reports.

Page 15 - Line 204: amended

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

<table>
<tr><td>AO 10<br>Rev. 1/2008</td></tr>
</table>

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilson, Stephen V. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>312 N. Spring Street, Room 217J<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 12 A 11:00 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. North Fork Bank | mortgage - real estate (Capri) | P2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Dividend | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Dividend | M | W | | | | | |
| 3. Sandpiper LTD - | D | Dividend | M | W | | | | | *see explanation |
| 4. Capital - Partner | C | Dividend | M | W | | | | | |
| 5. Capri - NY | G | Rent | P2 | W | | | | | |
| 6. Malibu (NY) | E | Rent | P2 | W | Sold (part) | 5/12 | N | G | Luo |
| 7. " " | E | Rent | | | Sold (part) | 9/10 | M | G | Carmona |
| 8. BONDS: | | | | | | | | | |
| 9. State of Israel Bond | | None | | | Redeemed | 2/08 | J | C | |
| 10. State of Israel Bond | | None | | | Redeemed | 2/08 | J | C | |
| 11. State of Israel Bond | | None | | | Redeemed | 2/08 | J | C | |
| 12. State of Israel Bank | | None | | | Redeemed | 2/08 | J | D | |
| 13. State of Israel Bond | B | Interest | K | | | | | | |
| 14. BROKERAGE ACCT #1 | | | | | | | | | |
| 15. Highmark Div. MM | | None | M | T | | | | | |
| 16. CA State Wtr Dev | | None | M | T | | | | | |
| 17. Fed Home Loan Bk Cons | | None | | | Redeemed | 3/5 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CA St GO | | None | M | T | Buy | 3/13 | M | | |
| 19. Fed Hm Ln Banks | | None | N | T | Buy | 4/25 | N | | |
| 20. " " " " | | None | | | Redeemed | 12/5 | N | | |
| 21. LA CA Uni Scl Dist | | None | M | T | Buy | 8/11 | M | | |
| 22. CA ST Rans | | None | O | T | Buy | 12/11 | O | | |
| 23. BROKERAGE ACCT #2 | | | | | | | | | |
| 24. MM Funds | | None | L | T | | | | | |
| 25. CA Hlth Fac | | None | | | Redeemed | 5/27 | N | | |
| 26. Fed Hm Ln Bk | | None | | | Redeemed | 1/29 | N | | |
| 27. Fed Natl Mtg. Assoc | | None | M | T | | | | | |
| 28. FHLMC | | None | N | T | Buy | 3/20 | N | | |
| 29. FHL Mtg Corp | | None | N | T | Buy | 7/10 | N | | |
| 30. BROKERAGE ACCT #3 | | | | | | | | | |
| 31. IRA - Charter Prime MM Fund | | None | M | | | | | | |
| 32. FHLB | | None | P1 | T | Buy | 2/15 | P1 | | |
| 33. CNI Gov't MM | | None | K | T | Open | 1/31 | K | | |
| 34. Priv Bk & TC Chicago-CD | | None | | | Redeemed | 4/25 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fed Nat Mort Assg | | None | P1 | | | | | | |
| 36. " " " " | | None | | | Redeemed | 3/15 | P1 | | |
| 37. Countrywide Bk CD | | None | L | T | Buy | 3/12 | L | | |
| 38. " " " | | None | | | Redeemed | 9/15 | L | | |
| 39. United Bk CD | | None | L | T | Buy | 3/19 | L | | |
| 40. " " " | | None | | | Redeemed | 6/19 | L | | |
| 41. New Century Bk CD | | None | L | T | Buy | 3/28 | L | | |
| 42. " " " " | | None | | | Redeemed | 9/29 | L | | |
| 43. Founders Bk CD | | None | L | T | Buy | 4/16 | L | | |
| 44. " " | | None | | | Redeemed | 10/16 | L | | |
| 45. Midfirst Bk CD | | None | L | T | Buy | 4/16 | L | | |
| 46. " " " | | None | | | Redeemed | 9/16 | L | | |
| 47. Northside Cmnty Bk CD | | None | L | T | Buy | 4/30 | L | | |
| 48. " " " " | | None | | | Redeemed | 10/30 | L | | |
| 49. Midwest Bk & Tr CD | | None | L | T | Buy | 5/09 | L | | |
| 50. " " " | | None | | | Redeemed | 11/10 | L | | |
| 51. Voyager Bk Minn CD | | None | L | T | Buy | 5/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. " " " " | | None | | | Redeemed | 11/10 | L | | |
| 53. First Merchants Bk CD | | None | L | T | Buy | 5/7 | L | | |
| 54. " " " " | | None | | | Redeemed | 11/7 | L | | |
| 55. American Char Bk CD | | None | L | T | Buy | 5/21 | L | | |
| 56. " " " " | | None | | | Redeemed | 11/21 | L | | |
| 57. Standard Bk & Tr | | None | L | | Buy | 6/20 | L | | |
| 58. " " " | | None | | | Redeemed | 12/22 | L | | |
| 59. Lehman Bros CD | | None | L | T | Buy | 8/1 | L | | |
| 60. Wash Tr Bk CD | | None | L | T | Buy | 8/20 | L | | |
| 61. Bankers Tr CD | | None | L | T | Buy | 8/29 | L | | |
| 62. Goldman Sachs CD | | None | M | T | Buy | 11/5 | M | | |
| 63. NCB Svgs Bk CD | | None | M | T | Buy | 11/5 | M | | |
| 64. First Merchants Bk CD | | None | M | T | Buy | 12/19 | M | | |
| 65. Bank Amer NA CD | | None | M | T | Buy | 12/18 | M | | |
| 66. Midwest Bk & Tr CD | | None | M | T | Buy | 12/30 | M | | |
| 67. Branch Bkg & Tr CD | | None | K | T | Buy | 12/19 | K | | |
| 68. BROKERAGE ACCT #4 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. US Tsy Note | | None | | | Redeemed | 1/31 | L | | |
| 70. US Tsy Note | | None | | | Redeemed | 2/15 | L | | |
| 71. US T Bill | | None | | | Redeemed | 2/7 | N | | |
| 72. Fed Hm Ln Bk | | None | | | Redeemed | 3/6 | L | | |
| 73. Washington Mut Bk NV | | None | | | Redeemed | 3/31 | L | | |
| 74. Discover Bk De US | | None | | | Redeemed | 9/30 | L | | |
| 75. Gateway Bk & TR Co | | None | | | Redeemed | 9/29 | L | | |
| 76. US T Note | | None | | | Redeemed | 2/15 | L | | * see explanation |
| 77. US T Note | | None | | | Redeemed | 1/31 | L | | *see explanation |
| 78. CA ST RFDG | | None | L | T | Buy | 3/3 | L | | |
| 79. CA ST Var Purp | | None | L | T | Buy | 3/3 | L | | |
| 80. CA ST RFDG | | None | L | T | Buy | 3/3 | L | | |
| 81. CA ST Var Purp | | None | M | T | Buy | 3/25 | M | | |
| 82. FHLB | | None | M | T | Buy | 8/12 | M | | |
| 83. FHLMC | | None | M | T | Buy | 9/18 | M | | |
| 84. CA ST | | None | L | T | Buy | 10/23 | L | | |
| 85. CA ST | | None | L | T | Buy | 12/22 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROKERAGE ACCT #5 | | | | | | | | | |
| 87. CA ST GO | None | N | T | | | | | | |
| 88. US T Bill | None | | | Redeemed | 1/17 | N | | | |
| 89. BS Fed Fund | None | K | T | | | | | | |
| 90. State of CA | None | M | T | Buy | 3/13 | M | | | |
| 91. Puerto Rico Comwlth | None | L | T | Buy | 3/31 | L | | | |
| 92. Fed Hm Loan Bk | None | M | T | Buy | 7/23 | M | | | |
| 93. GE Money Bk CD | None | L | | Buy | 12/18 | L | | | |
| 94. BROKERAGE ACCT #6 | | | | | | | | | |
| 95. T Bill | None | | | Redeemed | 1/31 | N | | *see explanation |
| 96. T. Bill | None | | | Redeemed | 3/6 | N | | | |
| 97. BROKERAGE ACCT #7 | | | | | | | | | |
| 98. Centennial CA - name changed to AGE Bk Sept.08 | None | J | T | | | | | | |
| 99. CA ST | None | K | T | | | | | | |
| 100. " " | None | | | Redeemed | 3/3 | K | | | |
| 101. Fed Farm Credit Bk | None | L | T | | | | | | |
| 102. " " " " | None | | | Redeemed | 1/15 | L | | *see explanation |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CA ST | | None | K | T | | | | | |
| 104. CA ST GO | | None | | | Redeemed | 2/1 | K | | |
| 105. FHLB | | None | | | Redeemed | 3/12 | M | | |
| 106. Fresno CA | | None | K | T | | | | | |
| 107. Orange Co CA | | None | | | Redeemed | 9/2 | L | | |
| 108. San Diego Cnty | | None | | | Redeemed | 5/1 | L | | |
| 109. CA ST RFDG | | None | L | T | | | | | |
| 110. CA ST Dept Wtr | | None | L | T | Buy | 3/4 | L | | |
| 111. CA ST Var Purp | | None | M | T | Buy | 3/5 | M | | |
| 112. CA ST Var Purp | | None | M | T | Buy | 3/5 | M | | |
| 113. CA ST FGIC | | None | L | T | Buy | 4/4 | L | | |
| 114. Oakland CA Ser | | None | K | T | Buy | 4/14 | K | | |
| 115. CA ST | | None | K | T | Buy | 4/15 | K | | |
| 116. Pasadena CA USD | | None | K | T | Buy | 4/16 | K | | |
| 117. CA State | | None | M | T | Buy | 4/24 | M | | |
| 118. Central CA JT | | None | K | T | Buy | 5/27 | K | | |
| 119. Fedl Hm Ln Bk | | None | K | T | Buy | 5/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. US Treas | | None | K | T | Buy | 5/27 | K | | |
| 121. Fed Farm Credit Bk | | None | | | Redeemed | 2/15 | K | | *see explanation |
| 122. CA ST Pub Wks | | None | | | Redeemed | 3/3 | K | | *see explanation |
| 123. CA ST | | None | L | T | Buy | 11/13 | L | | |
| 124. CA ST Var Purp | | None | K | T | Buy | 12/16 | K | | |
| 125. Fremont CA CTF | | None | K | T | Buy | 5/27 | K | | |
| 126. CA ST Dept Water | | None | L | T | Buy | 2/28 | L | | |
| 127. CA ST RFDG | | None | K | T | Buy | 7/21 | K | | |
| 128. University CA RVS | | None | L | T | Buy | 9/22 | L | | |
| 129. Las Virgenes CA Uni Schl | | None | K | T | Buy | 9/22 | K | | |
| 130. CA ST | | None | K | T | Buy | 9/24 | K | | |
| 131. CA ST | | None | K | T | Buy | 10/6 | K | | |
| 132. LA CA Dept Water | | None | K | T | Buy | 10/14 | K | | |
| 133. CA ST | | None | M | T | Buy | 10/29 | M | | |
| 134. BROKERAGE ACCT #8 | | | | | | | | | |
| 135. Bk Dep Program | | None | K | T | | | | | |
| 136. Fed Hm Ln Mtg Corp | | None | | | Redeemed | 12/19 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fed Hm Ln Bank Cons | | None | | | Redeemed | 3/30 | M | | |
| 138. FHL Mtg Corp | | None | | | Redeemed | 1/25 | L | | |
| 139. Fed Natl Mtg Assn Debs | | None | M | T | | | | | |
| 140. Vernon Natl Gas Fin | | None | | | Redeemed | 3/4 | M | | |
| 141. CA Hlth Fac Fin | | None | | | Redeemed | 3/20 | M | | |
| 142. US T Bill | | None | | | Redeemed | 1/3 | M | | |
| 143. Statewide CDA RV | | None | M | T | Buy | 1/14 | M | | |
| 144. " " " | | None | | | Redeemed | 9/12 | M | | |
| 145. Central Basin MWD CA | | None | M | T | Buy | 1/14 | M | | |
| 146. " " " " | | None | | | Redeemed | 5/21 | M | | |
| 147. Fed Hm Ln Bank Cons | | None | L | T | Buy | 1/29 | L | | |
| 148. " " " " " | | None | | | Redeemed | 12/29 | L | | |
| 149. CA ST | | None | L | T | Buy | 3/6 | L | | |
| 150. CA ST Var Purp | | None | K | T | Buy | 3/5 | K | | |
| 151. CA CT Var Purp | | None | K | T | Buy | 3/13 | K | | |
| 152. CA ST Var Purp | | None | L | T | Buy | 3/13 | L | | |
| 153. CA ST | | None | M | T | Buy | 4/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from pr or disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CA ST Var Purp | | None | N | T | Buy (add'l) | 3/20 | N | | |
| 155. CA ST | | None | M | T | Buy | 5/29 | M | | |
| 156. US Treas Bills | | None | M | T | Buy | 9/22 | M | | |
| 157. " " " | | None | | | Redeemed | 12/26 | M | | |
| 158. BROKERAGE ACCT #9 | | | | | | | | | |
| 159. ML Short Term Global Income Black Rock IRRA | | None | L | T | | | | | |
| 160. NY ST Pwr Auth Rev Gen Purp R | | None | K | T | | | | | |
| 161. Mutual Fund - Muni Inv Trust | | None | J | T | | | | | |
| 162. NY ST Dorm Auth | | None | | | Redeemed | 7/1 | J | | |
| 163. Mutual Fund - NUV NY Select | | None | M | T | | | | | |
| 164. CA ST | | None | | | Redeemed | 2/1 | K | | |
| 165. CA ST | | None | J | T | | | | | |
| 166. CA ST | | None | L | T | | | | | |
| 167. CA ST | | None | L | T | | | | | |
| 168. CA ST | | None | K | T | | | | | |
| 169. Fed Hm Loan Bk | | None | | | Redeemed | 8/14 | M | | |
| 170. LA CA | | None | K | T | Buy | 8/4 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. CA ST | | None | K | T | Buy | 10/21 | K | | |
| 172. Blrk Muni Hold Ins Fnd CA | | None | | | Redeemed | 6/26 | N | | |
| 173. ML Bank USA RASP CMA Fund | | None | N | T | | | | | |
| 174. BROKERAGE ACCT #10 | | | | | | | | | |
| 175. CW Genl Govt Mny Mkt CIB | | None | N | T | | | | | |
| 176. CA ST GO | | None | | | Redeemed | 9/2 | M | | |
| 177. CA ST | | None | | | Redeemed | 9/2 | M | | |
| 178. CA ST GO | | None | L | T | | | | | |
| 179. CA ST | | None | | | Redeemed | 10/1 | L | | |
| 180. CA ST | | None | K | T | | | | | |
| 181. CA ST Var Purp | | None | | | Redeemed | 12/1 | M | | |
| 182. CA ST Economic | | None | N | T | Buy | 9/8 | N | | |
| 183. BROKERAGE ACCT #11 | | | | | | | | | |
| 184. MM Funds - RBC | | None | K | T | | | | | |
| 185. E Trade CD | | None | L | T | Buy | 1/9 | L | | |
| 186. GMAC BK CD | | None | L | T | Buy | 1/9 | L | | |
| 187. Park Sterling Bk CD | | None | L | T | Buy | 1/9 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., ren , or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Sterlings Savgs Bk CD | | None | L | T | Buy | 1/9 | L | | |
| 189. Wash Mutual Bk CD | | None | L | T | Buy | 1/9 | L | | |
| 190. Northpoint Bk CD | | None | L | T | Buy | 1/16 | L | | |
| 191. Cap One Bk CD | | None | L | T | Buy | 1/16 | L | | |
| 192. State of CA GO | | None | L | T | Buy | 3/6 | L | | |
| 193. State of CA GO | | None | L | T | Buy | 3/6 | L | | |
| 194. State of CA GO | | None | L | T | Buy | 3/6 | L | | |
| 195. CA ST GO | | None | K | T | Buy | 3/3 | K | | |
| 196. BROKERAGE ACCT #12 | | | | | | | | | |
| 197. Pennsylvania ST | | None | N | T | | | | | |
| 198. ITT Corp | | None | K | T | | | | | |
| 199. Genl Mtrs | | None | K | T | | | | | |
| 200. FT Enhance Eqty | | None | J | T | Buy | 1/8 | J | | |
| 201. FNMA MTN Bond | | None | K | T | Buy | 10/15 | K | | |
| 202. TVA Electrnts | | None | K | T | Buy | 8/6 | K | | |
| 203. BROKERAGE ACCT #13 | | | | | | | | | |
| 204. MM | | None | N | T | Open | 3/8 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. " | | None | M | T | | | | | |
| 206. CA ST RFDG | | None | L | T | Buy | 6/25 | L | | |
| 207. US Treas Nts | | None | M | T | Buy | 5/21 | M | | |
| 208. CA ST | | None | L | T | Buy | 6/25 | L | | |
| 209. Top Ships Inc | | None | K | T | Buy | 7/7 | K | | |
| 210. Fed Natl Assn | | None | N | T | Buy | 9/17 | N | | |
| 211. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 3: Was 6222 Investments - changed - Sandpiper LTD

Line 76: US T Note: This was purchased 2/15/1998 -- should have been on prior reports

Line 77: US T Note: This was purchased on 1/31/06 -- should have been on prior reports

Line 95: T Bill: This was purchased 8/2/07 and should have been listed on last year's report.

Line 102: Fed Farm - this was purchased in 2006 and should have been listed on the 2007 report

Line 121: Fed Farm: This was purchased in 2005 and should have been listed on 2006 and 2007 report

Line 122: CA ST: This should have been listed in the prior report

On 2007 Report dated 10/20/08:

Line 72 --- US T Bill This was listed twice on 2007 Report. I have deleted it from this year's report (2008)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544